IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **Frederick J. Kemp,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 09-4258-CV-C-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Friday, January 7, 2011, the Court entertained oral argument on the plaintiff's *Brief In Support Of Complaint*, filed June 7, 2010 [Doc. 10] and the *Brief For Defendant*, filed September 16, 2010 [Doc. 15]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of oral argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for action consistent with the decision of the Court as set forth at the conclusion of the oral argument on January 7, 2011. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

                                                    */s/ John T. Maughmer*
                                                 **JOHN T. MAUGHMER**
                                                 **U. S. MAGISTRATE JUDGE**