# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| Frederick Kemp, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 09-4258-CV-C-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application for Attorney Fees Under The Equal Access To Justice Act*, filed March 25, 2011 [Doc. 21]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney Fees Under The Equal Access To Justice Act*, filed March 25, 2011 [Doc. 21] is **GRANTED**. Accordingly plaintiff is awarded attorney fees under EAJA in the amount of $3,222.81.

  */s/ John T. Maughmer*
  **JOHN T. MAUGHMER**
  **U. S. MAGISTRATE JUDGE**